## MEMORANDUM DECISIONS.

---

CIMIOTTI UNHAIRING CO. v. AMERICAN UNHAIRING MACH. CO. SAME v. MISCHKE. (Circuit Court of Appeals, Second Circuit. January 25, 1900.) Appeals from the Circuit Court of the United States for the Southern District of New York. Motions to remand both causes to the circuit court in order to enable that court to entertain motion for rehearing. See 98 Fed. 297. Henry Schreiber, for the motion. Louis C. Raegener, opposed. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Such an order as that prayed for cannot be made on the application of the parties or either of them. The court below alone can make the request. Roemer v. Simon, 91 U. S. 149, 23 L. Ed. 267.

---

DEXTER v. KELLAS. (Circuit Court of Appeals, Second Circuit. January 30, 1900.) No. 98. In Error to the Circuit Court of the United States for the Northern District of New York. Sumner B. Styles, for plaintiff in error. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Order affirmed in open court.

---

FONG CHONG PAN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 5, 1900.) No. 585. Appeal from the District Court of the United States for the Northern District of California. M. J. Banning, Asst. U. S. Atty. Dismissed pursuant to subdivision 1 of the sixteenth rule.

---

GERMAN SAVINGS & LOAN SOC. et al. v. NORTHWEST GENERAL ELECTRIC CO. (Circuit Court of Appeals, Ninth Circuit. January 8, 1900.) No. 446. Appeal from the Circuit Court of the United States for the District of Oregon. Milton W. Smith, for appellants. Ralph E. Moody, for appellee. Dismissed pursuant to stipulation of counsel.